THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BROWN, Appellant.

Submitted February 8, 2016; decided December 20, 2016

Motion to expand the record on appeal denied.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DAN EVANS, Respondent.

Submitted November 21, 2016; decided December 20, 2016

Motion to dismiss the appeal granted and appeal dismissed upon the ground that the reversal by the Appellate Division was not on the law alone or upon the law and such facts which, but for the determination of law, would not have led to reversal (CPL 450.90 [2] [a]).

STATE FARM AND CASUALTY COMPANY, Respondent, v JENNIFER GUZMAN et al., Defendants, and DULCE CABRERA, Appellant.

Submitted September 26, 2016; decided December 20, 2016

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as resolved the appeal from the Supreme Court order denying reargument and renewal, dismissed upon the ground that such portions of the order do not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.